UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1: 19-cv-20359-CIV -BECERRA

CARLOS ESPINOZA,

    Plaintiff(s),

vs.

CINA CITT A CAFE I, LLC, et al,

    Defendant(s).

_____/

## FLSA ORDER APPROVING SETTLEMENT

THIS CAUSE came before the Court following a Settlement Conference held before the undersigned, ECF Nos. [14]. Pursuant to the consent of the Parties, the Honorable James L. King, United States District Judge, has referred this matter to the undersigned Magistrate Judge for all further proceedings, including trial by jury and entry of final judgment, ECF Nos. [15] [16].

This action involves claims brought by Plaintiff Carlos Espinoza against Defendants Cina Citt A Café I, LLC., for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., ("FLSA"), ECF No. [1]. At the settlement conference held before the undersigned, the Parties reached a resolution of this matter, ECF No. [14]. The Parties immediately thereafter placed the material terms of that resolution on the Court record.

In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of

disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id.* at 1354.

Based upon the material terms stated on the record by the Parties, the undersigned concludes that the resolution reached, including attorneys' fees and costs, is a fair and reasonable compromise of the Plaintiffs' FLSA claims.

Accordingly, it is hereby

ORDERED AND ADJUDGED that Parties' settlement is APPROVED. It is further

ORDERED AND ADJUDGED that this matter is hereby dismissed with prejudice and all pending motions are denied as moot, subject to the Court's retention of jurisdiction to enforce the settlement agreement, as set forth above in this Order. It is further

ORDERED AND ADJUDGED that the Court retains jurisdiction to enforce the terms of the settlement until May 15, 2019.

**DONE AND SUBMITTED** in chambers in Miami, Florida, on April 1, 2019.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
All counsel of record